UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPRESSED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | FILED<br>AUG - 3 2016<br>U.S. DISTRICT COURT<br>EASTERN DISTRICT OF MO<br>ST. LOUIS |
| v. | ) No. | |
| RONNIE LEWIS, JR., | ) ) | |
| Defendants. | ) ) | 4:16CR340 ERW/NAB |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about, June 11, 2016, in City of St. Louis, within the Eastern District of Missouri,

**RONNIE LEWIS, JR.,**

the Defendant herein, acting with another, having been convicted previously of a crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly possess one or more firearms which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney